**SO ORDERED.**

**SIGNED this 03 day of August, 2010.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 08-02291-8-RDD** |
| **AAAAA Enterprises, Inc.** | |
| **Debtors** | **CHAPTER 7** |

| | | |
|---|---|---|
| **STEPHEN L. BEAMAN,** | ) | |
| **TRUSTEE,** | ) | |
| **Plaintiff,** | ) | **ADVERSARY PROCEEDING** |
| | ) | |
| **vs.** | ) | **Adversary Proceeding #** |
| | ) | **10-00081-8-RDD** |
| **DURO-LAST, INC.** | ) | |
| **Defendant.** | ) | |

### ORDER AUTHORIZING COMPROMISE

THIS MATTER comes on before the Bankruptcy Court upon the Motion for Order Authorizing Compromise filed herein by the undersigned Trustee and the Court finds the following findings of fact:

       1.      That the debtor has previously filed a petition under the United States Bankruptcy Code.

       2.      Stephen L. Beaman ("Plaintiff") is the duly appointed, qualified acting Chapter 7 Trustee.

       3.      Upon information and belief, the Defendant filed a Proof of Claim (Claim 4-1) in the Debtor's bankruptcy case dated April 14, 2008. In support of its claim, the defendant's records show that the last payment is received on the Debtor's account was on April 7, 2008 in the amount of $20,000.00. The outstanding invoices reflected on the Proof of Claim are dated from December 18, 2007 through March 4, 2008. The Transfer was for payment of invoices dated on or before April 4, 2008, the date of the filing of the bankruptcy petition.

4.      Said Defendant has offered to settle said claim by payment to the Plaintiff of the sum of $16,250.00 to be paid immediately.  The undersigned is of the opinion that it would be  in the best interest of the estate of the debtor to compromise said  claim since further litigation would incur greater expense to the  estate and the creditors.

NOTICE has been given to creditors of the estate and no objections has been made within the time allowed by law.

BASED on the foregoing findings of fact, the Court concludes as a matter of law that it is in the best interest of all creditors and the estate for said claim to be compromised.

NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that the Trustee is authorized to settle the claims of the estate of the Debtor against Defendant for payment of the sum of $16,250.00 in satisfaction of all claims of the Plaintiff as set forth in the Complaint against Defendant.

(END OF DOCUMENT)

# CERTIFICATE OF NOTICE

```
District/off: 0417-8        User: lyles_sa        Page 1 of 1          Date Rcvd: Aug 03, 2010
Case: 08-02291             Form ID: pdf022        Total Noticed: 3
```

```
The following entities were noticed by first class mail on Aug 05, 2010.
db            +AAAAA Enterprises, Inc.,   7348 N.C. Highway 222E,   Stantonsburg, NC 27883-9271
aty           +N. Hunter Wyche, Jr.,   Wilson & Ratledge PLLC,   4600 Marriott Drive, Ste. 400,
               Raleigh, NC 27612-3305
intp          +Duro-Last Roofing, Inc.,   525 Morley Drive,   Saginaw, MI 48601-9495

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                    **Signature:**